IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-17-BO

| | |
|---|---|
| TIMOTHY DANEHY,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION LLC; EQUIFAX,<br>INC.<br>    Defendants. | **REASSIGNMENT ORDER** |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. United States District Judge Terrence W. Boyle is no longer assigned to the case. **All future documents shall reflect the revised case number of 5:18-CV-17-FL.**

SO ORDERED. This the 6th day of February, 2018.

*/s/ Peter A. Moore, Jr.*
Peter A. Moore, Jr.
Clerk of Court