IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil No. 5:18-cv-00017-FL

| | |
|---|---|
| TIMOTHY DANEHY, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC. | **NOTICE OF APPEARANCE** |

    Kelly Street Brown, North Carolina State Bar No. 37829, of the law firm of Young Moore and Henderson, P.A., Post Office Box 31627, Raleigh, North Carolina 27622, appears as counsel for Defendant Trans Union LLC.

    Respectfully submitted,

    This 19th day of February, 2018.

    YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Kelly S. Brown
Kelly S. Brown
N.C. State Bar No. 37829
*Local Civil Rule 83.1 Counsel for*
*Defendant Trans Union LLC*
P.O. Box 31627
Raleigh, NC 27622
Telephone: (919) 782-6860
Facsimile: (919) 782-6753
Email: kelly.brown@youngmoorelaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served the foregoing document via Certified Mail with the United States Postal Service on the following non-CM/ECF participant:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842
*Pro Se Plaintiff*

                                      YOUNG MOORE AND HENDERSON, P.A.

                           BY:   /s/ Kelly S. Brown
                                       Kelly S. Brown
                                       N.C. State Bar No. 37829
                                       *Local Civil Rule 83.1 Counsel for*
                                       *Defendant Trans Union LLC*
                                       P.O. Box 31627
                                       Raleigh, NC 27622
                                       Telephone: (919) 782-6860
                                       Facsimile:  (919) 782-6753
                                       Email: kelly.brown@youngmoorelaw.com