IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil No. 5:18-cv-00017-FL

TIMOTHY DANEHY,                            )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )
                                           )
EXPERIAN INFORMATION SOLUTIONS,            )
INC., TRANS UNION LLC, and EQUIFAX,        )
INC.                                       )

            Defendants.

**DEFENDANT TRANS UNION LLC'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.3, Trans Union LLC, who is a defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ☐ YES        ☒ NO

2. Does party have any parent corporations?

   ☒ YES        ☐ NO

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with of Goldman Sachs Group, Inc., a publicly traded entity, owns more than 10% of TransUnion's stock. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, also owns more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ☐ YES        ☒ NO

   If yes, identify all such owners: N/A_____.

1

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

☐ YES  ☒ NO

If yes, identify entity and nature of interest: N/A_____.

5. Is party a trade association?

☐ YES  ☒ NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A_____.

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A_____.

Respectfully submitted,

This 19th day of February, 2018.

                        YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Kelly S. Brown
Kelly S. Brown
N.C. State Bar No. 37829
*Local Civil Rule 83.1 Counsel for*
*Defendant Trans Union LLC*
P.O. Box 31627
Raleigh, NC 27622
Telephone: (919) 782-6860
Facsimile: (919) 782-6753
Email: kelly.brown@youngmoorelaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served the foregoing document via Certified Mail with the United States Postal Service on the following non-CM/ECF participant:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842
*Pro Se Plaintiff*

                              YOUNG MOORE AND HENDERSON, P.A.

                      BY:   /s/ Kelly S. Brown
                               Kelly S. Brown
                               N.C. State Bar No. 37829
                               *Local Civil Rule 83.1 Counsel for*
                               *Defendant Trans Union LLC*
                               P.O. Box 31627
                               Raleigh, NC 27622
                               Telephone: (919) 782-6860
                               Facsimile:  (919) 782-6753
                               Email: kelly.brown@youngmoorelaw.com