IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil No. 5:18-cv-00017-FL

| | |
|---|---|
| TIMOTHY DANEHY, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC. <br><br> Defendants. | **DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

COMES NOW, Trans Union LLC ("Trans Union"), and files its Motion to Dismiss Plaintiff's Complaint pursuant to Rules 12(b)(6). Plaintiff fails to allege facts sufficient to support a claim for relief. Plaintiff repeats the statutory language and merely offers speculative and conclusory allegations that he received a "personal credit report" when he requested a "full consumer file disclosure." Plaintiff's allegations do not adequately state a claim and fail to provide Trans Union with adequate notice of the basis of the claims asserted against it. Trans Union's arguments are more fully set forth in its Memorandum in Support, filed contemporaneously with this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union respectfully requests that this Honorable Court dismiss Plaintiff's Complaint pursuant to Rules 12(b)(6) and for such other relief as the Court deems necessary.

1

Respectfully submitted,

This 19th day of February, 2018.

        YOUNG MOORE AND HENDERSON, P.A.

     BY: /s/ Kelly S. Brown
        Kelly S. Brown
        N.C. State Bar No. 37829
        *Local Civil Rule 83.1 Counsel for*
        *Defendant Trans Union LLC*
        P.O. Box 31627
        Raleigh, NC 27622
        Telephone: (919) 782-6860
        Facsimile: (919) 782-6753
        Email: kelly.brown@youngmoorelaw.com

        ***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

       I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served the foregoing document via Certified Mail with the United States Postal Service on the following non-CM/ECF participant:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842
*Pro Se Plaintiff*

                              YOUNG MOORE AND HENDERSON, P.A.

BY:  /s/ Kelly S. Brown
       Kelly S. Brown
       N.C. State Bar No. 37829
       *Local Civil Rule 83.1 Counsel for*
       *Defendant Trans Union LLC*
       P.O. Box 31627
       Raleigh, NC 27622
       Telephone: (919) 782-6860
       Facsimile: (919) 782-6753
       Email: kelly.brown@youngmoorelaw.com