IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-17-FL

| | |
|---|---|
| TIMOTHY DANEHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | NOTICE OF APPEARANCE |
| INC., TRANS UNION LLC, and EQUIFAX, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLEASE TAKE NOTICE** that Nora F. Sullivan, North Carolina State Bar No. 43284, of the law firm of Ellis & Winters, LLP, Post Office Box 33550, Raleigh, North Carolina 27636, hereby gives notice of her appearance as counsel for defendant, Experian Information Solutions, Inc., and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below

This 20th day of February, 2018.

/s/ Nora F. Sullivan
Nora F. Sullivan
N.C. Bar No. 43284
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC  27636
Telephone: 919.865.7000
Fax: 919.865.7010
Email:  nora.sullivan@elliswinters.com
*Counsel for Experian Information Solutions, Inc.*

## Certificate of Service

I hereby certify that on February 20, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court of the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users. I further certify that I served a copy of the foregoing Notice of Appearance via first-class mail to the Plaintiff at the following address:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842

                 *s/ Nora F. Sullivan*
                 Nora F. Sullivan
                 N.C. State Bar No. 43284
                 ELLIS & WINTERS LLP
                 P.O. Box 33550
                 Raleigh, NC 27636
                 Telephone: (919) 865-7000
                 Facsimile: (919) 865-7010
                 nora.sullivan@elliswinters.com
                 *Counsel for Experian Information Solutions, Inc.*