IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TIMOTHY DANEHY )
)
Plaintiff(s), )
) Case No. 5:18-CV-17-FL
vs )
)
EXPERIAN INFORMATION SOLUTIONS, INC., et al. )
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

_Experian Information Solutions, Inc._ who is _a defendant_,
(name of party) (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯   NO ◉

2. Does party have any parent corporations?

    YES ◉   NO ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
Experian plc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◉   NO ◯

If yes, identify all such owners:
Experian plc

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ○    NO ●

If yes, identify entity and nature of interest:
N/A

5. Is party a trade association?

YES ○    NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A

Signature: /s/ Nora F. Sullivan

Date: February 20, 2018

# Certificate of Service

I hereby certify that on February 20, 2018, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the District Court of the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users. I further certify that I served a copy of the foregoing Corporate Disclosure Statement via first-class mail to the Plaintiff at the following address:

>   Timothy Danehy
>   P.O. Box 301
>   Kittrell, NC 27544-0301
>   (919) 702-6842

>   *s/ Nora F. Sullivan*
>   Nora F. Sullivan
>   N.C. State Bar No. 43284
>   ELLIS & WINTERS LLP
>   P.O. Box 33550
>   Raleigh, NC 27636
>   Telephone: (919) 865-7000
>   Facsimile: (919) 865-7010
>   nora.sullivan@elliswinters.com
>   *Counsel for Experian Information Solutions, Inc.*