AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| TIMOTHY DANEHY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:18-cv-00017-FL |
| EXPERIAN INFORMATION SOLUTION, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Equifax Inc.

Date: 02/20/2018

/s/ Bradley J. Lingo
*Attorney's signature*

Bradley J. Lingo (N.C. Bar #44018)
*Printed name and bar number*

L.R. 83.1 Counsel
King & Spalding LLP
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
*Address*

blingo@kslaw.com
*E-mail address*

(704) 503-2573
*Telephone number*

(704) 503-2622
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2018, a copy of the foregoing pleading was filed electronically with the clerk of court via the Court's ECF system which will send notifications to ECF participants, and Plaintiff was served via U.S. Mail, postage prepaid:

Timothy Danehy
P. O. Box 301
Kittrell, NC 27544-0301
919-702-6842
PRO SE
*Pro Se Plaintiff*

*/s/ Bradley J. Lingo*
Bradley J. Lingo
North Carolina Bar No. 44018
*Attorneys for Defendant Equifax Inc.*
KING & SPALDING LLP
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503-2573
Fax: (704) 503-2622
blingo@kslaw.com
LR 83.1 Counsel