# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:18-cv-00017-FL

TIMOTHY DANEHY, )
Plaintiff(s), )
)
vs )
)
EXPERIAN INFORMATION SOLUTION, INC., et al. )
Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Equifax Inc.__ who is __Defendant__,
(name of party)   (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ●    NO ○

2. Does party have any parent corporations?

    YES ○    NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ○    NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

n/a

Signature: /s/ Bradley J. Lingo (L.R. 83.1 Counsel)

Date: 2/20/2018

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2018, a copy of the foregoing pleading was filed electronically with the clerk of court via the Court's ECF system which will send notifications to ECF participants, and Plaintiff was served via U.S. Mail, postage prepaid:

Timothy Danehy
P. O. Box 301
Kittrell, NC 27544-0301
919-702-6842
PRO SE
*Pro Se Plaintiff*

                                                  */s/ Bradley J. Lingo*
                                                  Bradley J. Lingo
                                                  North Carolina Bar No. 44018
                                                  *Attorneys for Defendant Equifax Inc.*
                                                  KING & SPALDING LLP
                                                  300 South Tryon Street
                                                  Suite 1700
                                                  Charlotte, North Carolina  28202
                                                  Tel:  (704) 503-2573
                                                  Fax: (704) 503-2622
                                                  blingo@kslaw.com
                                                  LR 83.1 Counsel