

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Peter A. Moore, Jr.  
Clerk of Court

February 21, 2018

Timothy Danehy
P.O. Box 301
Kittrell, NC  27544-0301

RE: Daney v. Experian Information Solutions, Inc., et al.
    5:18-CV-17-FL
   **Notice to Pro Se Party Regarding Response to Motion to Dismiss Filed on 2/19/2018 - Docket Entry [8]**

Dear Mr. Danehy:

The defendant Trans Union has filed a motion to dismiss with regard to the above-captioned case. Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented. Your material in opposition to the motion to dismiss must be filed on or before March 15, 2018.

Sincerely,

PETER A. MOORE, CLERK OF COURT


(By) /s/ Susan K. Edwards
     Deputy Clerk


cc:   Nora F. Sullivan
      Kelly Street Brown
      Bradley Jason Lingo