IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-17-FL

| | | |
|---|---|---|
| TIMOTHY DANEHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | NOTICE OF APPEARANCE |
| INC., TRANS UNION LLC, and EQUIFAX, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that Ashley K. Brathwaite, North Carolina State Bar No. 33830, of the law firm of Ellis & Winters, LLP, Post Office Box 33550, Raleigh, North Carolina 27636, hereby gives notice of her appearance as counsel for defendant, Experian Information Solutions, Inc., and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below.

This 28th day of February, 2018.

/s/Ashley K. Brathwaite
Ashley K. Brathwaite
N.C. Bar No. 33830
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC 27636
Telephone: 919.865.7000
Fax: 919.865.7010
Email: ashley.brathwaite@elliswinters.com
*Counsel for Experian Information Solutions, Inc.*

## Certificate of Service

I hereby certify that on February 28, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court of the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users. I further certify that I served a copy of the foregoing Notice of Appearance via first-class mail to the Plaintiff at the following address:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842

/s/ Ashley K. Brathwaite
N.C. State Bar No. 33830
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
ashley.brathwaite@elliswinters.com
*Counsel for Experian Information Solutions, Inc.*