IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-17-FL

| | |
|---|---|
| TIMOTHY DANEHY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) **NOTICE OF SPECIAL APPEARANCE** |
| | ) |
|     v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC.; TRANSUNION LLC; EQUIFAX, | ) |
| INC., | ) |
| | ) |
|     Defendants. | ) |

    Please take notice that the undersigned Autumn Hamit Patterson hereby enters a notice of special appearance as counsel for Experian Information Solutions, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Ashley K. Brathwaite.

    I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

                                      *s/ Autumn Hamit Patterson*
                                       Autumn Hamit Patterson
                                       JONES DAY
                                       2727 North Harwood Street
                                       Dallas, TX 75201
                                       Tel.: (214) 969-2966
                                       Fax: (214) 969-5100
                                       ahpatterson@jonesday.com
                                       Texas Bar No. 24092947
                                       *Counsel for Experian Information Solutions, Inc.*

s/ Ashley K. Brathwaite
                                    Ashley K. Brathwaite
                                    ELLIS & WINTERS LLP
                                    P.O. Box 33830
                                    Raleigh, NC 27636
                                    Telephone: (919) 865-7000
                                    Facsimile: (919) 865-7010
                                    ashley.brathwaite@elliswinters.com
                                    N.C. State Bar No. 33830
                                    *Local Civil Rule 83.1(d) Counsel for Experian Information Solutions, Inc.*

## Certificate of Service

I hereby certify that on March 1, 2018, I electronically filed the foregoing Notice of Special Appearance with the Clerk of the District Court of the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users. I further certify that I served the foregoing Notice of Special Appearance via first-class mail to the Plaintiff at the following address:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842

*s/Autumn Hamit Patterson*
Autumn Hamit Patterson
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Tel.: (214) 969-2966
Fax: (214) 969-5100
ahpatterson@jonesday.com
Texas Bar. No. 24092947
*Counsel for Experian Information Solutions, Inc.*

*s/ Ashley K. Brathwaite*
Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
ashley.brathwaite@elliswinters.com
N.C. State Bar No. 33830
*Local Civil Rule 83.1(d) Counsel for Experian Information Solutions, Inc.*