IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-17-FL

| | |
|---|---|
| TIMOTHY DANEHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| TRANS UNION LLC, and EQUIFAX, INC. | ) NOTICE OF SUBSTITUTION |
| | ) OF COUNSEL |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Local Civil Rule 5.2(c) undersigned counsel for Defendant Experian Information Solutions, Inc. respectfully request that the Court substitute Ashley K. Brathwaite for Nora F. Sullivan as counsel of record for Experian and remove Nora F. Sullivan from the CM/ECF distribution list for the above-captioned matter. In support of this request, undersigned counsel state the following:

1. Ellis & Winters LLP has served as counsel for Experian since this lawsuit was initiated. Ms. Sullivan filed notice of her appearance contemporaneously with Experian's responsive pleading in this case.

2. Ms. Sullivan has left Ellis & Winters LLP to work as counsel for the North Carolina Department of Justice. This circumstance calls for her to withdraw as counsel in cases in which she has appeared as an attorney while at Ellis & Winters LLP.

3. Ashley K. Brathwaite is an attorney at Ellis & Winters LLP. Ms. Brathwaite entered an appearance in this case on February 28, 2018. Ms. Brathwaite will now serve as counsel of record for Experian. Ms. Brathwaite is aware of and will comply with all pending

deadlines in the case, including proceeding with any scheduled trial or hearings.  For this reason, the withdrawal of Ms. Sullivan will cause no prejudice to any party.

**WHEREFORE**, undersigned counsel respectfully request that the Court replace Nora F. Sullivan with Ashley K. Brathwaite of Ellis & Winters LLP as counsel of record for Experian, and remove Ms. Sullivan from the CM/ECF distribution list for this case.

Respectfully submitted, this 1st day of March, 2018.

/s/Ashley K. Brathwaite
Ashley K. Brathwaite
N.C. Bar No. 33830
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC  27636
Telephone: 919.865.7000
Fax: 919.865.7010
Email:  ashley.brathwaite@elliswinters.com

/s/ Nora F. Sullivan
Nora F. Sullivan
N.C. State Bar No. 43284
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone:  (919) 865-7000
Facsimile:   (919) 865-7010
Email: nora.sullivan@elliswinters.com

*Counsel for Experian Information Solutions, Inc.*

## Certificate of Service

I hereby certify that on March 1, 2018, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the District Court of the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users. I further certify that I served a copy of the foregoing Notice of Appearance via first-class mail to the Plaintiff at the following address:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842

> */s/* Ashley K. Brathwaite
> N.C. State Bar No. 33830
> ELLIS & WINTERS LLP
> P.O. Box 33550
> Raleigh, NC 27636
> Telephone: (919) 865-7000
> Facsimile: (919) 865-7010
> ashley.brathwaite@elliswinters.com
> *Counsel for Experian Information Solutions, Inc.*