P.O. Box 301
Kittrell, NC 27544




7014 0510 0002 1369 7558

Peter Moore
Clerk of Court
P.O. Box 25670
Raleigh, NC. 27611

RECEIVED
MAR 16 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC