IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.5:18-CV-17-FL

| | |
|---|---|
| TIMOTHY DANEHY<br>*Plaintiff,*<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and EQUIFAX, INC.<br><br>*Defendants.* | **Plaintiff's notice of service of disclosures required by FRCP 26(a)(1)** |

Plaintiff, Timothy Danehy, notices the Court of service of the disclosures required by Fed. R. Civ. P. 26(a)(1) to counsel of record for each of the above-named defendants on March 26, 2018.

This 26th day of March 2018.

Respectfully submitted,

By: _____

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842
Teefcra1@gmail.com

## CERTIFICATE OF SERVICE

I, Timothy Danehy, certify that I have this day served the Defendant's through counsel with a copy of the foregoing document by depositing with the United States Postal Service a copy of the same in a properly addressed envelope with adequate postage applied addressed to the following:

Ashley K. Brathwaite
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC 27636

Kelly S. Brown
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Bradley J. Lingo
KING & SPALDING LLP
300 South Tryon St., Suite 1700
Charlotte, North Carolina 28202