March 26, 2018

Timothy Danehy
PO Box 301
Kittrell, NC 27544


Peter A. Moore, Jr.
Clerk of Court
PO Box 25670
Raleigh, NC 27611


Dear Clerk of Court,

    Enclosed please find my notice of service of disclosures for filing on the docket of case number 5:18-CV-00017-FL. I appreciate your time and effort in filing this document into the record.


Best regards,
Timothy Danehy