# EXHIBIT 2

111808913-FLT  
Timothy P Danehy  
555 Julian Smith Rd  
Henderson NC 27537-7403

November 18, 2017

Dear Timothy P Danehy:

We have received your request for a copy of your Equifax credit report and are looking forward to assisting you.

At this time our records indicate that you are not eligible for a free copy of your credit file. The standard charge for a disclosure is $11.50. This price may vary based on your state fee. If you have a major credit card, you may use our automated ordering system at 1-800-685-1111.

You are entitled to a free copy of your credit report if: you have ever been denied credit, insurance, change in credit limit, or other credit-based benefit within the last 60 days; you have recently placed an initial 90-day fraud alert on the file (one free); you have recently placed an extended seven-year alert (two free within 12 months).

You may be entitled to additional free credit files based on other federal legislation. To check your eligibility, visit www.annualcreditreport.com.

Several states have passed laws entitling the residents to receive free copies of their credit file in addition to the Annual Free copy which is requested through the Central Source as well as through Equifax. A reasonable processing fee (currently $11.50) may be charged, with the exception of the following states which have mandated adjustable fees.

Note: If an individual states law varies but does not conflict with the federal law (FCRA), then the state law prevails.

| State | First Copy | Per Additional Copy (within one calendar year) |
|---|---|---|
| California | $9.00* | $8.00 |
| Colorado | Free | $8.00 |
| Connecticut | $5.00* | $7.50 for each additional report within 12 months |
| Georgia | Free (2 per calendar year) | $11.50 |
| Maine | Free | $5.00 for each additional report within 12 months |
| Maryland | Free | $5.00 |
| Massachusetts | Free | $8.00 |
| Minnesota | $3.00* | $11.50 for each additional report within 12 months |
| Montana | $8.50* | $8.50 |
| New Jersey | Free | $8.00 |
| Puerto Rico | Free | $11.50 |
| US Virgin Islands | $1.00* | $1.00 |
| Vermont | Free | $7.50 for each additional report within 12 months |
| All Other States | $11.50* | $11.50 |
| Unemployed | Free** | 1 within 12 months, fee as per state thereafter |
| Welfare | Free** | 1 within 12 months, fee as per state thereafter |

You are entitled to one free credit file during any 12-month period regardless of your state of residence if you are:

- Unemployed and intend to apply for employment in the next 60 days.
- Receiving public welfare assistance

Please return this letter along with the requested information and your original correspondence/request to the address below.

Equifax Information Services LLC  
P O BOX 105167  
Atlanta, GA 30348-5167

Thank you for the opportunity to assist you.

Equifax Information Services LLC

Case 5:18-cv-00017-FL  Document 1-2  Filed 01/19/18  Page 2 of 3

CFL8908-GXB-111808913- 796 - 1151 A N



**Dear TIMOTHY PATRICK DANEHY**

Pursuant to Section 611(a)(3)(A) of the Fair Credit Reporting Act, **we were unable to honor your request or a portion of it** based on the limited amount of information regarding your dispute. If you believe that an item on your personal credit report is inaccurate or incomplete, please provide specific information. Be sure to indicate the specific item you are disputing and explain why you believe the information is inaccurate, for example "not mine," "paid in full," "never late," "included in bankruptcy," "incorrect name," etc.

If the status, a date, an amount, a balance, personal information such as name or address, or any other specific information is inaccurate you should also indicate what the correct information should be. Once we receive this information, we will process your dispute.

You may also log on to **experian.com/disputes**, or call us at 1 (800) 509-8495 for faster service.

The dispute process may take up to 30 days (or up to 45 days for a dispute of information in an annual free credit report). We will send you the results once completed. If you write to us, please provide the following:

- **One copy of a government issued identification card, such as a driver's license, state ID card, etc.**
- **One copy of a utility bill, bank or insurance statement, etc.**

Please also include the following identification information:

- Your full name including middle initial (and generation - JR, SR, II, III)
- Social Security number
- Date of birth
- Complete addresses for the past two years

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents. You may also submit your request or documents supporting your claim electronically at experian.com/upload.



Scan me with your smart phone for special offers from Experian.

PO Box 9701
Allen, TX 75013

0010061 01 MB 0.420 **AUTO T2 0 7004 27537-740355 -C01-P10071-I
TIMOTHY PATRICK DANEHY
555 JULIAN SMITH RD
HENDERSON NC 27537-7403