# EXHIBIT 3

Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537
S. S. # ████████ | D.O.B. ████████

12/17/2017

Experian
P.O. Box 2002
Allen, TX 75013

## Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my **Full Consumer File Disclosure**. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the **Full Consumer File Disclosure** as requested. I will once again state that I am requesting my **Full Consumer File Disclosure** pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the **Full Consumer File Disclosure** as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the **Full Consumer File Disclosure** within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my **Full Consumer File Disclosure** in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You

By: *Timothy P. Danehy* (signature)
Timothy P. Danehy

**Attached**: Copies of my Social Security Card & Driver's License and initial request are attached
Sent: USPS Certified Mail # 7012 2210 0001 7231 6384
Return Receipt Requested


Case 5:18-cv-00017-FL Document 135 Filed 04/19/18 Page 22 of 44

Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537
S. S. # ███████  |  D.O.B ████████

12/17/2017

Trans Union
P.O. Box 2000
Chester, PA 19022

## Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You

By: *Timothy P. Danehy*
Timothy P. Danehy

**Attached:** Copies of my Social Security Card & Driver's License and initial request are attached
Sent: USPS Certified Mail # 7012 2210 0001 7231 6407
      Return Receipt Requested

Timothy Patrick Danehy
555 Julian Smith Rd.
Henderson, NC 27537
S. S. # ▮▮▮▮▮▮  |  D.O.B. ▮▮▮▮▮

12/17/2017

Equifax
P.O. Box 740256
Atlanta, GA 30374

### Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You

By: *[signature]*

Timothy P. Danehy

**Attached:** Copies of my Social Security Card & Driver's License and initial request are attached
Sent:  USPS Certified Mail # 7012 2210 0001 7231 6391
    Return Receipt Requested