UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-17-FL

| Timothy Danehy, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) **NOTICE OF SPECIAL APPEARANCE** |
| v. | ) |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax, Inc., | ) |
| Defendants. | ) |

Please take notice that the undersigned Jennifer Sun hereby enters a notice of special appearance as additional counsel for Defendant Experian Information Solutions, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Ashley K. Brathwaite.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: August 21, 2018

Respectfully submitted,

/s/ *Jennifer Sun*
Jennifer Sun
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel.: (949) 851-3939
Fax: (949) 553-7539
jennifersun@jonesday.com
California Bar No. 238942
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

/s/ *Ashley K. Brathwaite*

Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Tel.: (919) 865-7000
Fax: (919) 865-7010
ashley.brathwaite@elliswinters.com
N.C. Bar No. 33830
*Local Civil Rule 83.1(d) Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed a true and correct copy of the foregoing Notice of Special Appearance with the Clerk of the District Court of the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users. I further certify that I served a true and correct copy of the foregoing Notice of Special Appearance via mail and email to Plaintiff at the following mailing address and email address:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842
Teefcra1@gmail.com

/s/ *Jennifer Sun*
Jennifer Sun