UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-17-FL

| | | |
|---|---|---|
| Timothy Danehy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Notice of Substitution of Counsel |
| | ) | |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Local Civil Rules 5.2(c) undersigned counsel for Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests that the Court substitute Jennifer Sun for Autumn Hamit Patterson as counsel of record for Experian and remove Autumn Hamit Patterson from the CM/ECF distribution list for the above-captioned matter. In support of this request, undersigned counsel state the following:

1. Ms. Patterson has left Jones Day to work as a law clerk. This circumstance has called for her to withdraw as counsel in cases in which she has appeared as an attorney while at Jones Day.

2. Ms. Patterson filed a Notice of Special Appearance on March 1, 2018, to appear on Experian's behalf before this Court. Ashley K. Brathwaite is an attorney at Ellis & Winters LLP and currently serves as Local Civil Rule 83.1(d) counsel for Experian.

3. Ms. Sun is an attorney at Jones Day. Ms. Sun filed a Notice of Special Appearance on August 21, 2018. Ms. Sun will now serve as counsel of record for Experian. Ms. Sun is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings.

4. Ashley K. Brathwaite will continue to serve as Local Civil Rule 83.1(d) counsel for Experian.

5. Because Ms. Sun and Ms. Brathwaite are aware of and will comply with all pending deadlines in the case, the withdrawal of Ms. Patterson will cause no prejudice to any party.

Dated: August 21, 2018

Respectfully submitted,

/s/ *Jennifer Sun*
Jennifer Sun
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel.: (949) 851-3939
Fax: (949) 553-7539
jennifersun@jonesday.com
California Bar No. 238942
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

/s/ *Ashley K. Brathwaite*
Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Tel.: (919) 865-7000
Fax: (919) 865-7010
ashley.brathwaite@elliswinters.com
N.C. Bar No. 33830
*Local Civil Rule 83.1(d) Counsel for*
*Defendant Experian Information Solutions,*
*Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed a true and correct copy of the foregoing Notice of Substitution of Counsel with the Clerk of the District Court of the Eastern District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users. I further certify that I served a true and correct copy of the foregoing Notice of Substitution of Counsel via mail and email to Plaintiff at the following mailing address and email address:

Timothy Danehy
P.O. Box 301
Kittrell, NC 27544-0301
(919) 702-6842
Teefcra1@gmail.com

/s/ *Jennifer Sun*
Jennifer Sun