IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil No. 5:18-cv-00017-FL

| | |
|---|---|
| TIMOTHY DANEHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC. | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION FOR**
**EXTENSION OF DISCOVERY DEADLINES**

This Court, having considered the Joint Motion for Extension of Discovery Deadlines, finds the Motion is well taken and should in all respects be GRANTED in its entirety.

IT IS THEREFORE ORDERED that the deadline to file dispositive motions will be extended until April 15, 2019, the deadline for Plaintiff to serve expert reports will be extended until November 29, 2018, the deadline for Defendants to serve expert reports will be extended until December 31, 2018, the deadline for the Parties to serve rebuttal expert disclosure will be extended until January 14, 2019, and the deadline to complete discovery will be extended until January 30, 2019.

_____
**HONORABLE LOUISE WOOD FLANAGAN**
UNITED STATES DISTRICT JUDGE