IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:18-cv-00017-FL

TIMOTHY DANEHY, )
Plaintiff(s), )
)
vs )
)
EXPERIAN INFORMATION SOLUTION, INC., et al. )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Equifax Information Services LLC__ who is __Defendant__,
(name of party)                               (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯        NO ⦿

2. Does party have any parent corporations?

   YES ⦿        NO ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
Equifax Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ⦿        NO ◯

If yes, identify all such owners:
Equifax Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ◉

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

n/a

Signature: /s/ Bradley J. Lingo (L.R. 83.1 Counsel)

Date: 10/11/2018

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, a copy of the foregoing pleading was filed electronically with the clerk of court via the Court's ECF system which will send notifications to ECF participants, and Plaintiff was served via U.S. Mail, postage prepaid:

Timothy Danehy
P. O. Box 301
Kittrell, NC 27544-0301
*Pro Se Plaintiff*

Ashley Kamphaus Brathwaite
Ellis & Winters, LLP
4131 Parklake Avenue
Suite 400
Raleigh, NC 27612
Email: ashley.brathwaite@elliswinters.com

Autumn Hamit Patterson
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Email: ahpatterson@jonesday.com
*Counsel for Experian Information Solution, Inc.*

Kelly Street Brown
Young, Moore & Henderson, P.A.
P.O. Box 31627
3101 Glenwood Avenue
Suite 200
Raleigh, NC 27622
Email: kes@youngmoorelaw.com
*Counsel for Trans Union LLC*

/s/ Bradley J. Lingo
Bradley J. Lingo
North Carolina Bar No. 44018
*Attorneys for Defendant Equifax Inc.*
KING & SPALDING LLP
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503-2573
Fax: (704) 503-2622
blingo@kslaw.com
LR 83.1 Counsel

*Attorneys for Defendant Equifax Information Services LLC and Equifax Inc.*