

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

January 8, 2019

Timothy Danehy
P. O. Box 301
Kittrell, NC 27544-0301

RE: Danehy v. Experian Information Solution, Inc et al.
5:18-cv-17-FL

Dear Mr. Danehy:

On January 8, 2019 the court entered an order by a text-only docket entry in your case. This order states as follows:

> Text Order - This matter comes before the court on plaintiff's motion to voluntarily dismiss defendants Equifax Information Services, LLC, and Equifax, Inc. [48 ]. Having been advised that plaintiff has settled his claims with the aforementioned defendants, the court GRANTS plaintiff's motion. See Fed. R. Civ. P. 41(a)(2). Defendants Equifax Information Services, LLC, and Equifax, Inc. are hereby DISMISSED from this action with prejudice. Signed by District Judge Louise Wood Flanagan on 1/8/2019. (Collins, S.) (Entered: 01/08/2019)

The court did not write the order on a separate document. This entry *is* the order of the court. As explained in Section V(I)(2) of the Eastern District of North Carolina's Case Management/Electronic Case Filing Policy Manual, the text-only entry is the court's only order on the matter, and a *docket text order is official and binding.*

If you need additional information, you may refer to the policy manual, which is posted on the district's website at http://www.nced.uscourts.gov/pdfs/cmecfPolicyManual.pdf. You may also review the policy manual on file at the Clerk's Office. Thank you for your attention to this matter.

Sincerely,

/s/ Sandra K. Collins

_____
Sandra K. Collins, Deputy Clerk